IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

HAROLD GUY, #252973                    *

    Plaintiff,                         *

    v.                                 *       2:11-CV-130-ID
                                               (WO)
KENNETH SCONYERS, *et al.*,            *

    Defendants.                        *

_____

**ORDER ON MOTION**

Plaintiff has filed a motion for additional time to submit the initial partial filing fee to the court as directed by order filed March 1, 2011. Upon review of the motion, the undersigned concludes that it shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (*Doc. No. 4*), is GRANTED;

2. Plaintiff is GRANTED an extension from March 22, 2011 to and including April 1, 2011 to comply with the court's March 1, 2011 order that he submit an initial partial filing fee to the court in the amount of $7.33.

The Clerk is DIRECTED to furnish a copy of this order to the account clerk at the Easterling Correctional Facility.

Done, this 14th day of March 2011.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE