IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HAROLD GUY, #252 973,                          )
                                               )
        Plaintiff,                             )
                                               )
    v.                                         )          CASE NO. 2:11-cv-130-ID
                                               )
                                               )
KENNETH SCONYERS, *et al.*,                    )
                                               )
        Defendants.                            )

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. No. 8) in this case to which

no timely objections have been filed.  After a review of the Recommendation, and after an

independent review of the entire record, the Court believes that the Recommendation should

be adopted.  Accordingly, it is

ORDERED that the Recommendation  of the Magistrate Judge is ADOPTED and this

case is DISMISSED with prejudice prior to service of process pursuant to the directives of

28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

A separate judgment shall issue.

Done this 17th  day of June, 2011.


                        /s/ Ira DeMent
                        SENIOR UNITED STATES DISTRICT JUDGE